COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:             01-18-00824-CR

Style:                    Avery Lynn Jones v. The State of Texas

Date motion filed*:       March 6, 2019

Type of motion:          Fourth Motion for Extension of Time to File Appellant's Brief

Party filing motion:      Appellant's Appointed Counsel Melissa Martin

Document to be filed:     Appellant's Brief

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:              November 26, 2018

    Number of extensions granted:        3        Current Due Date:  March 6, 2019

    Date Requested:              March 17, 2019 (110 days total from original due date)

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  March 18, 2019.

        ☑        No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    The Clerk of this court's February 12, 2019 notice informed appellant's counsel that

    her third extension was granted until March 6, 2019, but warned counsel that no

    further extensions would be granted.  Because appellant's counsel states that she

    only needs another 10 days to finish her brief, her fourth extension is granted, but

    counsel is warned that **no further extensions will be granted**.  *See* TEX. R. APP. P.

    10.5(b)(1)(C).  Accordingly, if appellant's brief is not filed by March 18, 2019, this

    Court may abate this case for a late-brief hearing.  *See* TEX. R. APP. P. 4.1(a), 38.8(b)(2).

Judge's signature: _/s/ Evelyn V. Keyes_____

                ☒ Acting individually      ☐ Acting for the Court

Date:  __March 12, 2019___